IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL MATUS, | ) | CASE NO. 1:13 CV 1029 |
| Plaintiff, | ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) | |
| LORAIN COUNTY GENERAL HEALTH DISTRICT, *et al.*, | ) ) ) | **AMENDED JUDGMENT** |
| Defendants. | ) ) | |

The Sixth Circuit Court of Appeals issued a ruling in this matter on August 24, 2017, vacating a portion of the Judgment of this Court, which reduced Plaintiff's award of non-economic damages on Count 2 to $250,000, and remanding the matter to this Court for entry of a $350,000 judgment on Count 2. In accordance with the ruling of the Sixth Circuit, judgment is hereby entered on Count 2 in the amount of $350,000.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: _September 18, 2017_